Hon. Salvador Mendoza, Jr.

BRIAN A. WALKER
E-Mail: bwalker@omwlaw.com
OGDEN MURPHY WALLACE, P.L.L.C.
1 Fifth Street, Suite 200
Wenatchee, Washington 98807-1606
Tel: 509.662.1954/Fax: 509.663.1553

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SEASIDE INLAND TRANSPORT, <br><br> Plaintiff, <br><br> v. <br><br> COASTAL CARRIERS, LLC, <br><br> Defendant. | NO. 2:17-CV-0143-SMJ <br><br> PROPOSED JOINT STATUS CONFERENCE STATEMENT AND DISCOVERY SCHEDULE |

COMES NOW Plaintiff Seaside Inland Transport ("Seaside") and Defendant Coastal Carriers, LLC ("Coastal"), by and through their respective attorneys of record, and jointly propose the following Status Conference Statement and Discovery Schedule.

I. STATUS CONFERENCE STATEMENT

a. Parties have notified the Clerk's Office if they consent to U.S. Magistrate Judge.

PLAINTIFF'S JOINT STATUS CONFERENCE
STATEMENT AND DISCOVERY SCHEDULE - 1
050417{BAW1576696.DOCX;1/22344.055001/ }

OGDEN MURPHY WALLACE, P.L.L.C.
1 Fifth Street, Suite 200
Wenatchee, Washington 98807-1606
Tel: 509.662.1954/Fax: 509.663.1553

b. Jurisdiction and Venue exist, because Defendant does business in Chelan County, Washington.

c. Service of Process is complete.

d. The following is a brief description of Seaside's claim and Coastal's defenses:

Seaside alleges that it and Coastal are parties to a 2002 Agency Agreement that Coastal terminated without paying Seaside the commissions it is entitled and without paying Seaside the funds it is entitled from the escrow account Coastal controls.

Coastal alleges that it and Seaside are parties to a 2002 Agency Agreement, that the agreement created a certain agency relationship under which Seaside served as an agent for Coastal in connection with Coastal's business as a freight broker, and that Coastal terminated the agreement. Coastal's position, however, is that it does not owe commissions to Seaside. In addition, Coastal intends to file counterclaims in this lawsuit that Seaside is liable for $742,302.67 in unpaid freight bills because, under the Agency Agreement, Seaside was responsible for freight bills unpaid by customers of Seaside. Coastal alleges that it paid the $742,307.67 to the carriers and $109,828 in commissions to Seaside but was not paid by Seaside's customer shipper. Alternatively, Coastal claims that Seaside must refund the $109,828 paid by Coastal since the shipper never paid its bill. In addition, in a third party suit Coastal intends to commence, Coastal claims that

PLAINTIFF'S JOINT STATUS CONFERENCE
STATEMENT AND DISCOVERY SCHEDULE - 2
050417{BAW1576696.DOCX;1/22344.055001/ }

OGDEN MURPHY WALLACE, P.L.L.C.
1 Fifth Street, Suite 200
Wenatchee, Washington 98807-1606
Tel: 509.662.1954/Fax: 509.663.1553

Paul Massingill is liable under the Agency Agreement because, at the time the contract was entered into, Seaside was a d/b/a for Mr. Massingill. Coastal also alleges that Mr. Massingill and another company recently formed by him, Service Driven Transport, Inc., are alter egos of Seaside, and therefore liable for the debts of Seaside.

Seaside denies Coastal's claims, and asserts Coastal was responsible for unpaid freight bills. Seaside anticipates that Paul Massingill and Service Driven Transport, Inc., will each deny Coastal's claims.

    e.    There is no constitutional challenge to a statute.

    f.    This matter will not be pursued as a class action.

    g.    No issues need to be certified to the Washington State Supreme Court.

    h.    Suggested deadline to amend pleadings is 120 days prior to trial.

    i.    Suggested deadline to add additional parties is 180 days prior to trial.

    j.    Seaside and Coastal have filed a non-governmental corporate party statement.

    k.    This case does not involve a minor or incompetent party.

    l.    Parties' proposed discovery procedure: See Section II below.

    m.    There are no pending protective orders or confidentiality agreements.

    n.    Anticipated motions and suggested dispositive motion filing deadlines: The parties may each filing a motion for summary judgment not later than 120 days prior to trial. Seaside may amend its complaint to assert additional

PLAINTIFF'S JOINT STATUS CONFERENCE
STATEMENT AND DISCOVERY SCHEDULE - 3
050417{BAW1576696.DOCX;1/22344.055001/ }

OGDEN MURPHY WALLACE, P.L.L.C.
1 Fifth Street, Suite 200
Wenatchee, Washington 98807-1606
Tel: 509.662.1954/Fax: 509.663.1553

claims against Coastal, such as claims for breach of the covenant of good faith and fair dealings, conversion, promissory estoppel, unjust enrichment, and misrepresentation. Paul Massingill and Service Driven Transport, Inc., if made parties to this action, may also choose to assert claims against Coastal, Coastal's principal and officer John Dunard, and against Coastal's predecessor in interest, Coastal Carriers, Inc., such as claims for breach of the covenant of good faith and fair dealings, conversion, unpaid wages, promissory estoppel, unjust enrichment, and misrepresentation.

Coastal will deny any and all additional claims asserted by Seaside, Paul Massingill or Service Driven Transport, Inc. In addition, Coastal anticipates that, if made parties to this suit by Seaside, Mr. Massingill, or Service Driven Transport, John Dunard and Coastal Carriers, Inc. will also deny any claims asserted against them. Coastal reserves all rights to deny and object to such claims in the even such claims are brought.

  o. Trial

    Suggested trial dates: April 2, 2018 or April 9, 2018

    length of trial: 5 Days

    bifurcation: None

    Special audio/visual courtroom technology: None

PLAINTIFF'S JOINT STATUS CONFERENCE
STATEMENT AND DISCOVERY SCHEDULE - 4
050417{BAW1576696.DOCX;1/22344.055001/ }

OGDEN MURPHY WALLACE, P.L.L.C.
1 Fifth Street, Suite 200
Wenatchee, Washington 98807-1606
Tel: 509.662.1954/Fax: 509.663.1553

p.  Likelihood of settling or of meaningful dispute resolution: Mediation or other dispute resolution process may be appropriate after initial discovery is complete.

q.  Other matters: The parties will exchange Initial Disclosures not later than May 26, 2017.

## II. PROPOSED DISCOVERY SCHEDULE

Pursuant to FRCP 26(f)(3), the parties jointly offer the proposed discovery schedule and discovery statement:

(A)  Discovery may be needed on the below subjects, and discovery should be completed not later than 120 days prior to trial, and discovery need not be conducted in phases or be limited to or focused on particular issues:

(1)  The parties' contractual and other claims against one another;

(2)  The damages allegedly sustained by each party as a result of the other's alleged breach of contract or other unlawful conduct;

(3)  The defenses of each party to the other's claims.

(B)  There are no known issues about preserving discoverable information.

(C)  There are no known issues about claims of privilege or protection.

(D)  No proposed modifications to the standard discovery procedures.

(E)  Suggested expert disclosure deadline is: 180 days prior to trial.

(F)  Suggested discovery cutoff is: 120 days prior to trial, except for expert witnesses who may be deposed up to 60 days prior to trial.

(G)  No anticipated Fed.R.Evid. 502 agreements.

PLAINTIFF'S JOINT STATUS CONFERENCE
STATEMENT AND DISCOVERY SCHEDULE - 5
050417{BAW1576696.DOCX;1/22344.055001/ }

OGDEN MURPHY WALLACE, P.L.L.C.
1 Fifth Street, Suite 200
Wenatchee, Washington 98807-1606
Tel: 509.662.1954/Fax: 509.663.1553

Jointly Presented by:

OGDEN MURPHY WALLACE, P.L.L.C.


By s/ Brian A. Walker                                        Dated: May 4, 2017
    Brian A. Walker, WSBA #26586
    Attorneys for Plaintiff


LEWIS BRISBOIS BISGAARD & SMITH, LLP


By s/ Benjamin J. Stone                                      Dated: May 4, 2017
    Benjamin J. Stone, WSBA #33436
    Attorneys for Defendant

PLAINTIFF'S JOINT STATUS CONFERENCE
STATEMENT AND DISCOVERY SCHEDULE - 6
050417{BAW1576696.DOCX;1/22344.055001/ }

OGDEN MURPHY WALLACE, P.L.L.C.
1 Fifth Street, Suite 200
Wenatchee, Washington 98807-1606
Tel: 509.662.1954/Fax: 509.663.1553

# CERTIFICATE OF SERVICE

I certify under the laws of the United States of America that on the 4th day of May, 2017, I caused to be filed **Proposed Joint Status Conference Statement and Discovery Schedule** through CM/ECF causing a true and correct copy of the foregoing to be served electronically upon all parties of record.

DATED this 4th day of May, 2017.

        s/ Brian A. Walker
BRIAN A. WALKER, WSBA #26586
Attorneys for Plaintiff
Ogden Murphy Wallace, P.L.L.C.
1 Fifth Street, Suite 200
Wenatchee, WA 98807-1606
Phone: 509-662-1954 / Fax: 509-663-1553
E-mail: bwalker@omwlaw.com

PLAINTIFF'S JOINT STATUS CONFERENCE
STATEMENT AND DISCOVERY SCHEDULE - 7
050417{BAW1576696.DOCX;1/22344.055001/ }

OGDEN MURPHY WALLACE, P.L.L.C.
1 Fifth Street, Suite 200
Wenatchee, Washington 98807-1606
Tel: 509.662.1954/Fax: 509.663.1553