FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 09, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

No. 2:17-CV-00143-SMJ

SEASIDE INLAND TRANSPORT, a California corporation,

    Plaintiff,

v.

COASTAL CARRIERS LLC, a Missouri limited liability company,

    Defendants.

COASTAL CARRIERS LLC, a Missouri limited liability company,

    Third-Party Plaintiff,

v.

PAUL MASSINGILL, a Washington individual, and SERVICE DRIVEN TRANSPORT, INC., a Washington corporation,

    Third-Party Defendants.

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER**

Before the Court, without oral argument, is Defendant Coastal Carriers, LLC's ("Coastal") Motion for Protective Order or to Allow it Additional Discovery and Extend Deadlines, ECF No. 81. Coastal seeks a protective order that it need not respond to document requests served by plaintiff Seaside Inland Transport ("Seaside") because the requests exceed the 30 permitted by this Court. Coastal

ORDER - 1

represents that is has conferred with Seaside in an attempt to resolve this dispute without resort to the Court. Seaside has not responded to the motion.

The Court's scheduling order, ECF No. 27, limits the parties to no more than thirty requests for production. It further directs that "[a] party needing relief from this limitation should seek relief from the Court by motion." ECF No. 27 at 5. Seaside has not moved for leave to serve excess requests for production and therefore has not demonstrated good cause for so doing. Accordingly, the Court grants Coastal's motion.

If Seaside believes it has good cause to justify additional requests for production, it may demonstrate such through an appropriate motion to the Court. Further, if Seaside intends to file such a motion, it shall first meet and confer with opposing counsel and submit with its motion the following: (1) the number of additional requests for production requested by Seaside; (2) the number of additional requests for production requested by Coastal; (3) additional time, if any, needed to respond to the discovery requests; and (4) proposed deadlines for any deadline that may be affected by the additional time requested, if any.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Protective Order or to Allow it Additional Discovery and Extend Deadlines, **ECF No. 81**, is **GRANTED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 9th day of July 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 3