FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Nov 29, 2018
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SEASIDE INLAND TRANSPORT,<br><br>                Plaintiff,<br><br>    v.<br><br>COASTAL CARRIERS LLC; and JOHN DUNARD AND NICOLE DUNARD, husband and wife,<br><br>                Defendants. | No. 2:17-CV-00143-SMJ<br><br>**PROTECTIVE ORDER** |

On November 7, 2018, the Court held an emergency telephonic discovery dispute hearing. ECF No. 155. Erin C. McCool appeared on behalf of Plaintiff Seaside Inland Transport ("Seaside"). Benjamin J. Stone appeared on behalf of Defendants Coastal Carriers LLC ("Coastal") and the Dunards. At the conclusion of the hearing, the Court granted Seaside's oral motion for a protective order. This Order memorializes and supplements the Court's oral ruling.

Accordingly, **IT IS HEREBY ORDERED**:

    **1.**    Seaside's oral motion for protective order is **GRANTED**.

    **2.**    All parties are prohibited from asking witnesses about alleged romantic relationships between Paul Massingill and Ms. Rogers or any

PROTECTIVE ORDER **-** 1

other agents or employees who were not managed in Seaside or Coastal's Washington and California offices.

3. All parties are prohibited from asking witnesses about Paul Massingill's alleged inappropriate conduct during a trip to Las Vegas with employees from the Washington office.

4. Counsel shall exercise diligence in notifying their own witnesses about this Protective Order.

5. The Court may amend this Protective Order at any time in the interest of justice.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 29th day of November 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

PROTECTIVE ORDER - 2