FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 11, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SEASIDE INLAND TRANSPORT,<br><br>      Plaintiff,<br><br>  v.<br><br>COASTAL CARRIERS, LLC; and JOHN DUNARD AND NICOLE DUNARD, husband and wife,<br><br>      Defendants. | No. 2:17-CV-00143-SMJ<br><br>**ORDER DENYING MOTION FOR PROTECTIVE ORDER** |

Before the Court, without oral argument, is Defendant Coastal Carriers, LLC's Motion for Protective Order Precluding Questioning on Nineteen of the 30(b)(6) Deposition Topics, ECF No. 165. However, the Court's amended Scheduling Order established that the Discovery Cutoff date is December 14, 2018. ECF No. 101. Any motions for protective orders must have been filed no later than forty days before the Discovery Cutoff. *Id.* As such, Defendant's motion, which was filed on November 30, 2018, is untimely. Over four months ago, the Court already amended the Scheduling Order so that the parties could "conduct further written discovery and take depositions." *Id.* Thus, the Court determines that no good cause exists to further amend the Scheduling Order.

ORDER DENYING MOTION FOR PROTECTIVE ORDER **-** 1

Accordingly, **IT IS HEREBY ORDERED**:

Defendant's Motion for Protective Order Precluding Questioning on Nineteen of the 30(b)(6) Deposition Topics, **ECF No. 165**, is **DENIED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 11th day of December 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge