UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SEASIDE INLAND TRANSPORT,<br><br>    Plaintiff,<br><br>  v.<br><br>COASTAL CARRIERS LLC; and JOHN DUNARD AND NICOLE DUNARD, husband and wife,<br><br>    Defendants. | No. 2:17-cv-00143-SMJ<br><br>**ORDER DISMISSING CASE** |
| COASTAL CARRIERS LLC,<br><br>    Third-Party Plaintiff,<br><br>  v.<br><br>PAUL MASSINGILL, a Washington individual; and SERVICE DRIVEN TRANSPORT INC., a Washington corporation,<br><br>    Third-Party Defendants. | |
| PAUL MASSINGILL,<br><br>    Third-Party Plaintiff,<br><br>  v.<br><br>COASTAL CARRIERS LLC, and JOHN DUNARD AND NICOLE DUNARD,<br><br>    Third-Party Defendants. | |

ORDER DISMISSING CASE - 1

On October 15, 2019, the parties filed a stipulated dismissal, ECF No. 348. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

    **1.** The parties' Stipulated Motion for Order of Dismissal of All Claims, **ECF No. 348**, is **GRANTED**.

    **2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

    **3.** All pending motions are **DENIED AS MOOT**.

    **4.** All hearings and other deadlines are **STRICKEN**.

    **5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 16th day of October 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge